## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH A. CARSON,                    )
                                      )
            Plaintiff,                )
                                      )        Case No. 1:19-cv-119
    v.                                )
                                      )
WARDEN JOHN E. WETZEL,                )
*et al.,*                             )
                                      )
            Defendants.               )

## MEMORANDUM ORDER

Plaintiff Kenneth A. Carson, a former inmate at the State Correctional Institution at Forest, commenced this civil action on April 25, 2019 with the filing of a motion for leave to proceed *in forma pauperis* ("IFP") and an appended complaint. *See* ECF No. 1 and 1-1. The matter was referred to Chief United States Magistrate Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and the Local Rules for Magistrate Judges.

On April 29, 2019, Judge Lanzillo dismissed Plaintiff's IFP motion without prejudice because Plaintiff had not filed a certified institutional account statement for the six-month period immediately preceding the filing of his complaint. ECF No. 2. Judge Lanzillo indicated in his order that Plaintiff could reopen the case by (i) tendering to the "Clerk, U.S. District Court," a statutory filing fee in the amount of $350.00, plus an administrative filing fee in the amount of $50.00, for a total of $400.00 or (ii) submitting another IFP motion along with the affidavit required by 28 U.S.C. §1915(a)(2) and the aforementioned copy of his inmate account statement. *Id.*

1

No further activity occurred in this case until March 31, 2026, when Plaintiff filed a new IFP motion and appended complaint. *See* ECF No. 3 and 3-3.

On June 12, 2026, Judge Lanzillo issued a Report and Recommendation in which he recommended that Plaintiff's IFP motion be denied, and the case be dismissed for failure to prosecute. ECF No. 4. Judge Lanzillo noted that Plaintiff has given no explanation for his prolonged, seven-year delay in prosecuting his claims. Judge Lanzillo also assessed the various factors outlined in *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863, 868 (3d Cir. 1994), and determined that five of the six *Poulis* factors, along with Plaintiff's protracted delay, counseled in favor of dismissing the case.

Objections to the Chief Magistrate Judge's Report and Recommendation were due on or before June 29, 2026. To date, no objections have been filed.

Accordingly, after *de novo* review of all the documents in this case, including the Plaintiff's most recent IFP motion [3], the appended complaint, and the Chief Magistrate Judge's Report and Recommendation [4], and considering also the procedural history of this civil action,

IT IS ORDERED, this 14th day of July 2026, that Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. [3], is DENIED, and the within civil action is DISMISSED based on Plaintiff's prolonged failure to prosecute his claims.

IT IS FURTHER ORDERED that the Report and Recommendation issued by Chief U.S. Magistrate Judge Lanzillo on June 12, 2026, ECF No. [4], is adopted as the opinion of this Court.

There being no additional claims pending before the Court in this matter, the within civil action shall remain "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge

2